UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

DAN TATE,                              )
                                       )
         Plaintiff,                    )
                                       )
     v.                                )     No. 4:05-CV-2402-AGF
                                       )
ST. LOUIS CITY JUSTICE CENTER,         )
et al.,                                )
                                       )
         Defendants.                   )

## ORDER OF PARTIAL DISMISSAL
## PURSUANT TO 28 U.S.C. § 1915(e)(2)(B)

**IT IS HEREBY ORDERED** that, as to defendants St. Louis Justice Center Staff and Medical Staff St. Louis Justice Center, plaintiff's amended complaint is **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B).

Dated this 10th day of May, 2006

/s/ Jean C. Hamilton
**UNITED STATES DISTRICT JUDGE**